No. 101, Misc. DAUGHERTY v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 102, Misc. DUNLEAVY v. NEW YORK. App. Term, Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se*. *Benj. J. Jacobson* for respondent.

No. 103, Misc. WALKER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 104, Misc. REISS v. SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 105, Misc. LATHAN v. BREAKEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 106, Misc. HOWARD v. YEAGER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 107, Misc. DOMINGO v. CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. Certiorari denied. *J. Perry Langford* for petitioner. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Andrea Sheridan*, Deputy Attorney General, for respondent.

No. 110, Misc. STINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall*, Assistant Attorney General *Vinson*, *Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 117, Misc. WILSON v. MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.